# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>CRISTOL, A. J. | 2. Court or Organization<br><br>U.S. BANKRUPTCY COURT, FLORIDA | 3. Date of Report<br><br>07/26/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>CHIEF JUDGE EMERITUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

| 7. Chambers or Office Address |
|---|
| C. CLYDE ATKINS UNITED STATES COURTHOUSE<br>301 NORTH MIAMI AVENUE<br>CHAMBERS 717<br>MIAMI, FLORIDA 33128 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Judicial Director | University of Miami School of Law Alumni Association |
| 2. Trustee | Trust #2 |
| 3. Trustee | Trust #3 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/26/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center educational seminar or program | 03/13/18 to 03/16/18 | New Orleans, LA | FJE Educational seminar or programs | Air, Hotel, meals |
| 2. | Circuit Judicial conference : Funded by Judial Conference, Conference Committee | 05/01/18 to 05/05/18 | Ponte Verde Beach, FL | Judicial Conference | Hotel, Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/26/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. General Electric | B | Dividend | K | T | Sold (part) | 01/16/18 | K | A | |
| 2. | | | | | Sold (part) | 11/05/18 | J | A | |
| 3. | | | | | Sold (part) | 11/05/18 | J | A | |
| 4. | | | | | Sold (part) | 12/11/18 | J | A | |
| 5. Hospitality Properties | B | Dividend | J | T | | | | | |
| 6. Miami-Dade Aviation | A | Interest | K | T | | | | | |
| 7. Cohen & Steers | C | Dividend | K | T | | | | | |
| 8. Elbit | A | Dividend | K | T | | | | | |
| 9. AT&T | C | Dividend | K | T | | | | | |
| 10. Nuveen Real Estate Fund Com | A | Dividend | J | T | | | | | |
| 11. Starbucks | | None | | | Sold | 01/20/18 | K | D | |
| 12. Lord Abbett Floating Rate/High Yield | D | Dividend | M | T | | | | | |
| 13. Apple Inc | B | Dividend | L | T | | | | | |
| 14. Celgene Corp | | None | | | Sold (part) | 03/19/18 | J | B | |
| 15. | | | | | Sold | 04/05/18 | J | B | |
| 16. Comcast Corp NEw Special CL A | A | Dividend | K | T | | | | | |
| 17. Grandeur Peak Int'l Oppertunities | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Genesis Energy LP | B | Distribution | J | T | | | | | |
| 19. Angel Oak Multi Strategy | D | Dividend | M | T | | | | | |
| 20. Allergan PLC | A | Dividend | | | Sold | 04/05/18 | K | C | |
| 21. Gilead Sciences Inc | A | Dividend | J | T | | | | | |
| 22. Alphabet Inc CL A | | None | K | T | Buy (add'l) | 09/11/18 | J | | |
| 23. Alphabet Inc CL C | | None | K | T | | | | | |
| 24. Grandeur Peak Global | B | Dividend | K | T | | | | | |
| 25. Florida ST BRD ED PUB ED | A | Interest | | | Redeemed | 06/01/18 | K | A | |
| 26. Goldman Sachs Group Trigger | | None | | | Sold | 09/18/18 | K | D | |
| 27. Home Depot Inc | A | Dividend | K | T | | | | | |
| 28. UnitedHealth Group Inc | A | Dividend | K | T | | | | | |
| 29. Maine St Hsg Auth Mtge P SR D | B | Interest | K | T | Redeemed (part) | 10/10/18 | J | A | |
| 30. | | | | | Redeemed (part) | 12/10/18 | J | A | |
| 31. North Dakota St Hsg FIN Sr D RV | A | Interest | K | T | Redeemed (part) | 01/02/18 | J | A | |
| 32. | | | | | Redeemed (part) | 11/01/18 | J | A | |
| 33. HSBC USA Inc | | None | | | Sold | 04/06/18 | K | D | |
| 34. Mastercard Inc CL A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pepsico Inc | A | Dividend | J | T | | | | | |
| 36. American Tower Corp REIT | A | Dividend | K | T | Buy (add'l) | 01/03/18 | J | | |
| 37. Miscrosoft Corp | A | Dividend | K | T | | | | | |
| 38. Facebook Inc Cl A | | None | | | Buy (add'l) | 01/31/18 | J | | |
| 39. | | | | | Sold (part) | 04/17/18 | J | A | |
| 40. | | | | | Sold | 10/03/18 | K | D | |
| 41. Visa Inc. CL A | A | Dividend | K | T | | | | | |
| 42. Heico Corp New | A | Dividend | K | T | Buy (add'l) | 01/03/18 | J | | |
| 43. JP Morgan Chase Financial CT-ISS SPX | | None | K | T | | | | | |
| 44. Citigroup Global Markets TAR-SS MXEA SX5E 12/21/2021 | | None | L | T | | | | | |
| 45. Jazz Pharmaceuticals PLC | | None | | | Sold (part) | 09/14/18 | J | B | |
| 46. | | | | | Sold | 11/07/18 | K | C | |
| 47. Principal Preferred Securiteis Fund | A | Dividend | | | Sold | 02/02/18 | K | A | |
| 48. Transamerica Mid Cap Value Opps FD Class I | | None | | | Sold | 06/21/18 | K | A | |
| 49. Block Financial NTS B/A 4.125% 100120 DTD093015 | B | Interest | K | T | | | | | |
| 50. Viacom Inc B/E 4.250% 090123 DTD 081913 | B | Interest | K | T | | | | | |
| 51. Metropolitan Transit Auth SR E B/ER | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. North TX TWY Auth SR A RV B/E/R | B | Interest | K | T | | | | | |
| 53. American Tower Corp B/E 4.70% 031522 DTD031212 | A | Interest | K | T | | | | | |
| 54. Fidelity Natl Inform NTS 4.5% 101522 DTD102015 | A | Interest | K | T | | | | | |
| 55. NASDAQ QMX Group 4.225% 060124 DTD052914 | B | Interest | K | T | | | | | |
| 56. Monster Beverage Corp New Com | | None | | | Buy (add'l) | 03/22/18 | J | | |
| 57. | | | | | Sold | 11/08/18 | K | C | |
| 58. Transamerica floating rate fund class I | D | Dividend | M | T | Buy (add'l) | 01/03/18 | L | | |
| 59. SPDR S&P Bank ETF | A | Dividend | K | T | | | | | |
| 60. T-Mobile US Inc Com | | None | | | Sold | 06/27/18 | J | A | |
| 61. Huntington Ingalls Inds Inc | A | Dividend | J | T | Buy (add'l) | 01/02/18 | J | | |
| 62. Federated Strategic Value DIv Class IS | A | Dividend | | | Sold | 06/21/18 | K | A | |
| 63. Clearbridge Dividend Strategy FD CL I | B | Dividend | K | T | | | | | |
| 64. Thor Industries Inc. | | None | | | Buy | 01/26/18 | J | | |
| 65. | | | | | Sold | 02/12/18 | J | A | |
| 66. Barclays Bank PLC L/O TA-CYN SPX SX5E | B | Dividend | K | T | Buy | 01/29/18 | K | | |
| 67. Johnson & Johnson com | A | Int./Div. | K | T | Buy | 01/31/18 | J | | |
| 68. | | | | | Buy (add'l) | 03/19/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 04/06/18 | J | | |
| 70. Victory Floating Rate Fund Class Y | C | Int./Div. | L | T | Buy | 02/02/18 | L | | |
| 71. Alpha Centric Income Opportunities Fund<br>Class 2/21/18 | D | Int./Div. | M | T | Buy | 02/22/18 | L | | |
| 72. | | | | | Buy<br>(add'l) | 03/19/18 | J | | |
| 73. | | | | | Buy<br>(add'l) | 06/04/18 | K | | |
| 74. | | | | | Buy<br>(add'l) | 11/07/18 | K | | |
| 75. | | | | | Buy<br>(add'l) | 11/23/18 | K | | |
| 76. Keurig DR Pepper Inc | | None | J | T | Buy | 12/17/18 | J | | |
| 77. Victory High Inc Municipal Bknd Fund (X) | C | Dividend | | | Sold<br>(part) | 02/02/18 | L | A | |
| 78. | | | | | Sold<br>(part) | 10/15/18 | K | A | |
| 79. | | | | | Sold | 11/07/18 | K | A | |
| 80. Massachsetts Water Reso RV BE/R<br>3/22/2018 | A | Interest | | | Buy | 03/28/18 | L | | |
| 81. | | | | | Redeemed | 11/01/18 | L | A | |
| 82. New York NY City Transi B-4 RV LOC | A | Interest | M | T | Buy | 11/07/18 | M | | |
| 83. Trust # 2 (H) | | | | | | | | | |
| 84. Hospitality Properties | A | Dividend | J | T | | | | | |
| 85. General Electric | A | Dividend | L | T | Sold<br>(part) | 01/24/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Heico | A | Dividend | K | T | Buy (add'l) | 03/19/18 | J | | |
| 87. | | | | | Sold (part) | 02/06/18 | J | A | |
| 88. | | | | | Sold (part) | 06/28/18 | J | A | |
| 89. AT&T | A | Dividend | J | T | | | | | |
| 90. Cohen&Steers | A | Dividend | K | T | | | | | |
| 91. Palm Beach Solid Waste | B | Interest | | | Sold | 10/01/18 | K | A | |
| 92. Miami Dade Aviation | A | Interest | L | T | | | | | |
| 93. Lee Mem Hlth | B | Interest | K | T | | | | | |
| 94. Alphabet Inc. CL A | | None | L | T | | | | | |
| 95. Georgia Hsg & Fin Auth | B | Interest | K | T | Redeemed (part) | 05/01/18 | J | A | |
| 96. | | | | | Redeemed (part) | 08/01/18 | J | A | |
| 97. Lord Abbet Floating | D | Dividend | M | T | | | | | |
| 98. Mednax Inc | | None | J | T | | | | | |
| 99. SPDR Gold Trust | | None | K | T | | | | | |
| 100. Angel Oak Multi Strategy Income Class Instl | D | Dividend | M | T | Sold (part) | 04/06/18 | M | A | |
| 101. Village Cmnty Dev No 6 Ser 2013 | A | Interest | K | T | | | | | |
| 102. Amer Express | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Blackstone Group LP | B | Distribution | L | T | | | | | |
| 104. Costco Wholesale | A | Dividend | K | T | | | | | |
| 105. New York NY Fiscal | | None | | | Sold | 01/24/18 | L | | |
| 106. Wisconsin St Clean Wtr | B | Interest | L | T | | | | | |
| 107. Credit Suisse AG Trigger | | None | | | Sold | 04/06/18 | K | D | |
| 108. Royal Bank of Canada Trigger SPS SPX | | None | K | T | | | | | |
| 109. Angel Oak Flexible Income Fund Cleass I | | None | | | Sold | 01/17/18 | K | A | |
| 110. Lord Abbett High Yield Fd CL F | | None | M | T | | | | | |
| 111. Dowdupont Inc (Formerly DuPont De Demours) | B | Dividend | L | T | | | | | |
| 112. Facebook Inc CL A | | None | J | T | | | | | |
| 113. Maine ST Hsg Auth Mtge P SR D | C | Interest | L | T | Redeemed (part) | 03/12/18 | J | A | |
| 114. | | | | | Redeemed (part) | 10/10/18 | J | A | |
| 115. North Dakota ST Hsg Fin SR D RV | A | Interest | K | T | Redeemed (part) | 07/02/18 | J | A | |
| 116. Victory High Minucipal Bond Fund Class Y | A | Dividend | | | Sold | 02/02/18 | L | A | |
| 117. JP Morgan Chase & CO TriggerPS DXK | | None | J | T | | | | | |
| 118. Fidelity National Financial Inc | | None | | | Sold | 01/02/18 | J | C | |
| 119. Indian Trace CMTY | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Citigroup Global Markets T-SS SPX 7/31/20 | | None | L | T | Sold (part) | 04/06/18 | K | C | |
| 121. UBS AG CAR PS SX5E 12/31/19 | | None | J | T | Sold (part) | 09/18/18 | L | C | |
| 122. Transamerica Floating Rate Fund CL I | B | Dividend | K | T | | | | | |
| 123. Transamerica Mid Cap Value Opps FD Cl I | B | Dividend | K | T | | | | | |
| 124. Transamerica Floating Rate Fund CL I ( | C | Dividend | L | T | | | | | |
| 125. Blackstone Group LP/The Unit Repstg LTD | | None | K | T | | | | | |
| 126. Cisco Systems Inc | A | Dividend | J | T | | | | | |
| 127. TE Connectivity LTD CHF | A | Dividend | J | T | | | | | |
| 128. Victory Trivalent International Small Cap | A | Dividend | J | T | | | | | |
| 129. SPDR S&P bank ETF | A | Dividend | J | T | | | | | |
| 130. Cobb County GA Dev Auth PK 2017 RV BE/R | B | Interest | L | T | | | | | |
| 131. Dallas Fort Worth TX IN SR C RV | B | Interest | K | T | | | | | |
| 132. King Co WA Pub HSP DST SR B 3/13/17 | B | Interest | K | T | | | | | |
| 133. Michigan St BLDG Auth SR I RV | B | Interest | K | T | | | | | |
| 134. Tallahassee FL Energy SY RV | B | Interest | K | T | | | | | |
| 135. Washington ST Univ RV BE | B | Interest | K | T | | | | | |
| 136. Washington ST CTFS Partn SR B RV | A | Interest | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Rhode Island ST TPK & BR SR A RV | B | Interest | K | T | | | | | |
| 138. New York NY City Mun WT SR DDE BE | B | Interest | | | Sold | 11/29/18 | K | A | |
| 139. Stephen F Austin ST Univ RV BE | B | Interest | K | T | | | | | |
| 140. South Carolina ST HSG D A-1 BE | C | Interest | L | T | | | | | |
| 141. New Jersey Turnpike Auth RV BE/R | A | Interest | K | T | | | | | |
| 142. Miami Dade Cnty FL Avia A-1 RV/BE/R 5.250% 100124 DTD 083115 | C | Interest | L | T | | | | | |
| 143. Victory FLoating Rate Fund Class Y | D | Dividend | M | T | Buy | 02/02/18 | L | | |
| 144. Adidas AG Spon ADR | A | Dividend | J | T | Buy | 03/13/18 | J | | |
| 145. ALpha Centric In Opportunitiws Fund Class | C | Dividend | K | T | Buy | 04/06/18 | K | | |
| 146. | | | | | Buy (add'l) | 04/06/18 | L | | |
| 147. VIctory Floating Fund Rate Fund Class Y | | None | M | T | Buy | 04/06/18 | K | | |
| 148. Texas ST Tax and Rev 2018 RV NTS BE/R | A | Interest | L | T | Buy | 09/27/18 | L | | |
| 149. Automatic Data Processing Inc | | None | J | T | Buy | 11/21/18 | J | | |
| 150. Indianapolis IN LOC PUB SR C RV BE/R | A | Interest | K | T | Buy | 01/12/18 | K | | |
| 151. West VA Econ Dev Auth H E SR A RV BE/R/ | A | Interest | K | T | Buy | 01/22/18 | K | | |
| 152. Lousianna ST Univ & Agri SR A RV BE/R | A | Interest | K | T | Buy | 02/02/18 | K | | |
| 153. New York ST Dorm Auth RE Tax RV/BE/R 3/21/18 | A | Interest | K | T | Buy | 03/22/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Karegnondi Wtr Auth BE/R/ Trade 3/23/18 | A | Interest | | | Buy | 03/26/18 | L | | |
| 155. | | | | | Redeemed | 11/01/18 | L | A | |
| 156. Univ North FL Fin G Corp Assur RV BE/R/ 3/22/18 | B | Interest | L | T | Buy | 03/28/18 | L | | |
| 157. Port Seattle WA Sr A RV BE/R 4/9/18 | B | Int./Div. | L | T | Buy | 04/10/18 | L | | |
| 158. Houston TX Util SYS for RV BE/R/ 6/18/18 | A | Interest | K | T | Buy | 06/20/18 | L | | |
| 159. Southeast Cmnty College RV BE/R/ 8/2/18 | B | Interest | L | T | Buy | 08/03/18 | L | | |
| 160. Brownsville TX Util Sys Assur RV BE/R/ 9/19/18 | A | Interest | L | T | Buy | 09/20/18 | L | | |
| 161. Arlington TX SPL Tax Assur 2017 RV BE/ R/ 10/15/18 | A | Interest | L | T | Buy | 10/17/18 | L | | |
| 162. Virginia Commwlth Univ HE RV BE/R/ 11/26/18 | A | Interest | L | T | Buy | 11/27/18 | L | | |
| 163. Fort Worth TX SPL Tax A RV BE/R/ 11/28/18 | A | Interest | K | T | Buy | 11/29/18 | K | | |
| 164. New York NY For Previou Pref BE/R/ | C | Interest | | | Buy | 01/24/18 | L | | |
| 165. | | | | | Redeemed | 09/21/18 | K | A | |
| 166. New York NY For Previou BE/R/ | B | Interest | | | Buy | 01/24/18 | L | | |
| 167. | | | | | Redeemed | 09/21/18 | K | A | |
| 168. Cary NC BE/R Trade 3/22/2018 | B | Interest | L | T | Buy | 03/28/18 | M | | |
| 169. Goldman Sachs Group Inc Trigger ROS (X) | | None | | | Redeemed | 01/31/18 | J | C | |
| 170. Trust # 3 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. General Motors Company Warrant 072019 | | None | J | T | | | | | |
| 172. Capital Product Partners LP | C | Distribution | K | T | | | | | |
| 173. Transocean Limited REG SHS | | None | J | T | | | | | |
| 174. Amazon Com Incorporated | | None | N | T | Sold (part) | 01/24/18 | K | | |
| 175. Hi-Crush Partners LP Com | D | Distribution | K | T | | | | | |
| 176. Fidus Invt Corporation | D | Dividend | L | T | | | | | |
| 177. Angel Oak Multi-Strategy Inc Fund Class Instl | D | Dividend | M | T | Sold (part) | 03/22/18 | L | A | |
| 178. Lord Abbett Floating Rate fD Cl F | D | Dividend | M | T | | | | | |
| 179. Florida ST Brd ED Lottery | D | Interest | | | Redeemed | 07/02/18 | M | | |
| 180. Biogen Inc | | None | J | T | | | | | |
| 181. Home Depot Inc | A | Dividend | K | T | | | | | |
| 182. Mastercard Inc CL A | A | Dividend | K | T | | | | | |
| 183. Mednax Inc | | None | J | T | | | | | |
| 184. Pepsico Inc | A | Dividend | K | T | Buy (add'l) | 12/18/18 | J | | |
| 185. Walt Disney Co (Holding Co) | A | Dividend | K | T | | | | | |
| 186. Dallas Fort Worth TX IN SR C RV | B | Interest | K | T | | | | | |
| 187. Florida ST Muni Pwr AGY | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Broward CO FL ARPT | A | Interest | K | T | | | | | |
| 189. Miami Dade CNTY FLA AVIA | C | Interest | L | T | | | | | |
| 190. Victory High Minucipal Bond Fund Class Y | B | Dividend | | | Sold (part) | 02/02/18 | L | A | |
| 191. | | | | | Sold | 03/15/18 | L | A | |
| 192. Amgen Inc | | None | | | Sold | 02/06/18 | K | B | |
| 193. Celgene Corp | | None | J | T | | | | | |
| 194. Cisco Systems Inc | B | Dividend | K | T | | | | | |
| 195. Coresite Rlty Corp COM Reit | B | Dividend | K | T | | | | | |
| 196. Facebook Inc Cl A | | None | K | T | Sold (part) | 04/17/18 | J | A | |
| 197. Gilead Sciences Inc | A | Dividend | J | T | | | | | |
| 198. Johnson Ctls Intl PLC | A | Dividend | J | T | Buy (add'l) | 01/24/18 | J | | |
| 199. Kraft Heinz Co/The | A | Dividend | | | Sold | 06/14/18 | K | A | |
| 200. Miscrosoft Corp | A | Dividend | K | T | | | | | |
| 201. New Jersey Turnpike Auth SR B RV | B | Interest | K | T | | | | | |
| 202. Maine ST HSG Auth MTGE P SR C | B | Interest | K | T | Redeemed (part) | 10/10/18 | J | A | |
| 203. Allianzgi Short Duration High Income Cl Intl | A | Dividend | | | Sold | 02/09/18 | L | A | |
| 204. General Electric Co | C | Dividend | K | T | Sold (part) | 01/24/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 01/24/18 | K | A | |
| 206. | | | | | Sold (part) | 11/05/18 | J | A | |
| 207. | | | | | Sold (part) | 11/05/18 | J | A | |
| 208. Chesapeak Granite Wash Trus | D | Distribution | K | T | | | | | |
| 209. JP Morgan Chase Financial TAR-GEARS SPX 8/31/2021 | | None | | | Sold | 04/06/18 | K | D | |
| 210. JP Morgan Chase Financial CT-ISS SPX 3/29/2019 | | None | K | T | | | | | |
| 211. Citigroup Global Markets T-SS SPX 7/31/2020 | | None | K | T | | | | | |
| 212. Goldman Sachs Group Inc Trigger PS EFA | | None | K | T | | | | | |
| 213. JP Morgan Chase Trigger PS SX5E 4/30/2020 | | None | J | T | | | | | |
| 214. Transamerica floating rate fund class I | D | Dividend | M | T | Buy (add'l) | 01/24/18 | L | | |
| 215. Atlanta GA ARPT Passenge SR A RV BE/R | B | Interest | L | T | | | | | |
| 216. Thermo Fisher Scientific Inc | A | Dividend | K | T | Buy (add'l) | 03/22/18 | J | | |
| 217. WCM Focused International Airport | B | Dividend | K | T | Buy (add'l) | 01/24/18 | J | | |
| 218. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 219. Discovery Comm LLC B/E 3.250% 040123 dtd031913 | A | Interest | K | T | | | | | |
| 220. Verizon Communications 4.150% 031524 DTD 031714 | B | Interest | K | T | | | | | |
| 221. Verizon Communications 5.150% 091523 DTD 091813 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Bioverativ Inc | | None | | | Sold | 01/24/18 | J | A | |
| 223. Dowdupont Inc | C | Dividend | M | T | Sold (part) | 01/24/18 | K | D | |
| 224. | | | | | Sold (part) | 07/30/18 | J | C | |
| 225. Principal Investors Preferred Secs Inst F/K/A Principal Preferred S | A | Dividend | | | Buy (add'l) | 01/03/18 | K | | |
| 226. | | | | | Sold | 02/02/18 | L | A | |
| 227. UBS AG L/O TA-CYN MXEF NKYSX5E | C | Dividend | L | T | | | | | |
| 228. Align Technology Inc | | None | K | T | Buy | 02/01/18 | J | | |
| 229. | | | | | Buy (add'l) | 02/05/18 | J | | |
| 230. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 231. Victory Floating Rate Fund Class Y | D | Dividend | M | T | Buy | 02/02/18 | J | | |
| 232. | | | | | Buy (add'l) | 02/09/18 | K | | |
| 233. | | | | | Buy (add'l) | 07/17/18 | K | | |
| 234. Robo Global Robotics $ Aut Index ETF | | None | | | Buy | 02/09/18 | J | | |
| 235. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 236. | | | | | Sold | 12/11/18 | J | A | |
| 237. Barclays Bank PLC L/O TA-CYN SPX | | None | | | Buy | 03/09/18 | K | | |
| 238. | | | | | Redeemed | 09/12/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Alpha Centric Income Opportunities Fund Class | D | Dividend | M | T | Buy | 03/15/18 | L | | |
| 240. | | | | | Buy (add'l) | 07/30/18 | K | | |
| 241. | | | | | Buy (add'l) | 07/31/18 | K | | |
| 242. Mc Cormick & Co NV | A | Dividend | K | T | Buy | 04/03/18 | J | | |
| 243. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 244. | | | | | Buy (add'l) | 04/23/18 | J | | |
| 245. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 246. Berkshire Hathaway Inc New CL B | | None | K | T | Buy | 04/17/18 | J | | |
| 247. | | | | | Buy (add'l) | 10/26/18 | J | | |
| 248. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 249. Zoetis Inc | A | Dividend | J | T | Buy | 05/03/18 | J | | |
| 250. Ebay Inc NTS B/E 3.800% DTD 030916 | A | Interest | K | T | Buy | 07/17/18 | K | | |
| 251. Brink's Co | A | Dividend | J | T | Buy | 08/15/18 | J | | |
| 252. Texas St Tax and Rev 2018 RV NTS BE/R | A | Interest | L | T | Buy | 09/27/18 | L | | |
| 253. New York LOC | B | Interest | L | T | Buy | 03/22/18 | M | | |
| 254. UBS Traditional (IRA) #2 (H) | | | | | | | | | |
| 255. Seadrill LTD | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. UBS AG Trigger PS SX5E | | None | J | T | | | | | |
| 257. Citigroup Inc. Trigger PS SX5E | | None | | | Sold | 04/08/18 | J | A | |
| 258. Goldman Sachs Group Inc Trigger PS EFA | | None | J | T | | | | | |
| 259. Morgan Stanley L/O TPAOS SPX SX5E | | None | J | T | | | | | |
| 260. JPMorgan Chase& CO Trigger PS SX5E (Y) | | | | | | | | | |
| 261. | | | | | | | | | |
| 262. | | | | | | | | | |
| 263. | | | | | | | | | |
| 264. | | | | | | | | | |
| 265. | | | | | | | | | |
| 266. | | | | | | | | | |
| 267. | | | | | | | | | |
| 268. | | | | | | | | | |
| 269. | | | | | | | | | |
| 270. | | | | | | | | | |
| 271. | | | | | | | | | |
| 272. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| CRISTOL, A. J. | 07/26/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trust 2,

Line 105, New York NY Fiscal  was exchanged for 75,000 New York NY For Pref BE/R/ listed on Line 161 AND 25,000 New York NY For BE/R/ listed on Line 162.  Line 105 was listed as sold (no exchange option) and Lines 161 and 162 were listed as buys.  The exchagne was dollar for dollar with no gain or loss.

Line 169, The Goldman Sachs Group Trigger ROS, did not have any reporetable transaction in prior and it was re-listed in 2019 because it was redeemed

UBS Traditional (IRA) #2

Line 255, Seadrill LTD US Line  was exchanged for Seadrill LTD

| Name of Person Reporting | Date of Report |
| --- | --- |
| CRISTOL, A. J. | 07/26/2019 |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/26/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **A. J. CRISTOL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544